Potter, Appellant, v. Amerisure Insurance Company, Appellee.
[Cite as Potter v. Amerisure Ins. Co. (1994)    Ohio St.3d    .]
Automobile liability insurance -- Uninsured motorist coverage
    designed to protect persons, not vehicles -- Validity of
    insurance policy exclusion of uninsured motorist dependent
    upon whether it conforms to R.C. 3937.18 -- Policy
    provision which eliminates uninsured motorist coverage for
    persons insured thereunder who are injured while occupying
    a motor vehicle owned by an insured, but not specifically
    listed in the policy, violates R.C. 3937.18 and is invalid.
    (No. 94-1401 -- Submitted September 20, 1994 -- Decided
November 9, 1994.)
    Appeal from the Court of Appeals for Cuyahoga County, No.
65285.

    Lallo & Feldman Co., L.P.A., and Michael J. Feldman, for
appellant.
    Mansour, Gavin, Gerlack & Manos Co., L.P.A., and Julius R.
Gerlack, for appellee.

    The discretionary appeal is allowed; the judgment of the
court of appeals is reversed and the judgment of the court of
common pleas is reinstated on the authority of Martin v.
Midwestern Ins. Co. (1994), 70 Ohio St.3d 485,    N.E.2d    .
    Moyer, C.J., A.W. Sweeney, Douglas, Resnick, F.E. Sweeney
and Pfeifer, JJ., concur.
    Wright, J., dissents for the reasons stated in the
dissenting opinions in Martin v. Midwestern Group Ins. Co.
(1994), 70 Ohio St.3d 485,    N.E.2d    .